# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**MARCUS D. JONES**                                                                                    **PETITIONER**
Reg. #12520-045

V.                              NO. 2:20-CV-00247-ERE

**DEWAYNE HENDRIX, Warden,**
Federal Correctional Institution-Low,
Forrest City, Arkansas                                                                                **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, IT IS CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is dismissed without prejudice.

Dated this 11th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE